**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Andrii Kolisnyk

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:26–cv–08975
　　　　　　　　　　　　　　　　　　　　　　Honorable Georgia N. Alexakis

Brinson Swearingen, et al.

　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 7, 2026:

　　　　MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying opinion, the Court denies Andrii Kolisnyk's petition for a writ of habeas corpus. [1]. Enter Memorandum Opinion and Order. The Clerk of Court is directed to add Brinson Swearingen as a Respondent in his official capacity as Sheriff for Clay County, Indiana, and to dismiss the other Respondents. The Clerk shall enter a final judgment in favor of the Respondent. Civil case terminated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.